UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSUE ROMERO, on behalf of himself   :
 and all other similarly situated,

                                                                  :

                    Plaintiff,

                                                                  :

          -against-                                        **ORDER**

                                                                  :

BAKE ME A WISH, LLC,                                20-CV-7860 (PAE) (KNF)

                                                                  :

                    Defendant.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On September 23, 2020, the plaintiff filed a complaint in this action. The docket sheet maintained by the Clerk of Court shows that a summons and the complaint were served on the defendant; see Docket Entry No.6. The docket sheet does not reflect that the defendant has answered or moved with respect to the complaint and the time for doing so has expired. On or before December 30, 2020, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated:   New York, New York                    SO ORDERED:
            December 23, 2020

                                                           _____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE